UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at LONDON**

POLLY SIZEMORE,                      )
                                     )
        Plaintiff,                   )
                                     ) Civil Action No. 07-380-JMH
                                     )
v.                                   )
                                     )
MICHAEL J. ASTRUE, COMMISSIONER )    **MEMORANDUM OPINION AND ORDER**
OF SOCIAL SECURITY,                  )
                                     )
        Defendant.                   )
                                     )
                                     )

\*\*     \*\*     \*\*     \*\*     \*\*

This matter is before the Court upon the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [Record No. 11].  In that motion, Plaintiff requests an award of attorneys fees in the amount attorney fees of $1,787.50, filing fee of $350.00, and case costs of $21.92.  Said motion is supported by the sworn affidavit of Plaintiff's attorney, Leah Hawkins.

Plaintiff moves to have the attorney fees paid directly to counsel, rather than the prevailing Plaintiff.  In a recent decision this Court clarified that an EAJA award must go directly to the plaintiff, finding that the clear language of 28 U.S.C. § 2412(d)(1)(A) teaches that attorney's fees should be payable to the plaintiff, as the "prevailing party," not to plaintiff's counsel. *Powell v. Astrue*, 2008 WL 2308116 (E.D.Ky June 2, 2008)(citing *Manning v. Astrue*, 410 F.3d 1246 (10th Cir. 2007); *Reeves v.*

*Astrue*, 2008 WL 1930587 (11th Cir. May 5, 2008)).  The Court will follow suit in this matter.

This Court, being sufficiently advised, finds that an award of $1,787.50 reflecting 14.30 hours of work at $125.00 per hour for attorney time expended in this case, $350.00 for the filing fee, and $21.92 for costs herein expended is reasonable.  Thus, an award of fees is warranted under the Equal Access to Justice Act.  The EAJA, however, clearly mandates that the attorney fees award is to go to the Plaintiff as the prevailing party, not Plaintiff's counsel, even though the same fees may be due to counsel from Plaintiff.

Accordingly, **IT IS ORDERED:**

(1)  that Plaintiff's Motion for Attorney's Fees [Record No. 11] is **GRANTED IN PART** and **DENIED IN PART;** and

(2)  that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,787.50, filing fee of $350.00, and case costs of $21.92.

This the 20th day of August, 2008.



**Signed By:**

**_Joseph M. Hood_**

**Senior U.S. District Judge**